No. 16,162.

V. J. DUNTON REALTY CO. *v.* AUSTIN.

(200 P. [2d] 393)

Decided November 29, 1948.

*Per Curiam.*

Judgment affirmed en banc without written opinion, MR. JUSTICE HAYS not participating.

Mr. CHARLES R. ENOS, BERNICE M. BUCHLER, for plaintiff in error.

Mr. F. NELSON PABST, for defendant in error.